UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WHITAKER,<br><br>     Plaintiff,<br><br>      v.<br><br>DOLLAR TREE,<br><br>     Defendant. | Case No.:  2:25-cv-01194-DJC-CKD<br><br>**ORDER** |

In response to this Court's Order to Show Cause (ECF No. 10), Defendant Dollar Tree Stores, Inc., filed a Declaration of Non-Opposition agreeing that diversity jurisdiction under 28 U.S.C. §§ 1332, 1441, 1446 is not present in the instant matter and that Defendant does not oppose Plaintiff Megan Whitaker's Motion to Remand because Plaintiff certified that the maximum amount she seeks is below $75,000.  (ECF No. 11 ¶ 4).

////

////

////

////

As the Court does not find any other basis for jurisdiction, Plaintiff's Motion for Remand (ECF No. 8) is GRANTED.  Accordingly, the Court REMANDS this case to the Superior Court of California for the County of Sacramento.  The Clerk of Court shall serve a copy of this Order on said court and close this case.  The hearing on Plaintiff's Motion for Remand, set for 7/10/2025, is VACATED.

IT IS SO ORDERED.

Dated:  June 26, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE